**Dismissed and Memorandum Opinion filed August 23, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00472-CV

## MARK DYER AND LEIGH ANN DYER, Appellants

## V.

## SALMAN TARIQ, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1077693**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 6, 2016. The notice of appeal was filed June 13, 2016. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On July 14, 2016, this court ordered appellants to pay the appellate filing fee on or before August 1, 2016, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.